# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

UNITED STATES OF AMERICA

V.  CASE NUMBER: 3:11cr408-FDW

CHRISTOPHER HAMMOND

THIS MATTER is before the Court on motion, filed 8/251/15, for an oral argument hearing.

**NOW, THEREFORE, IT IS ORDERED** that:

The Bureau of Prisons and the United States Marshals service is hereby ORDERED to transport and produce the body of CHRISTOPHER HAMMOND (USM#   27259-058), for oral argument hearing before the honorable Frank D. Whitney,   in the Western District of North Carolina, Charlotte, North Carolina not later than September 17, 2015. Upon completion of the oral argument hearing, Defendant is to be returned to the custody of the Bureau of Prisons.

The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the United States Probation Office.

IT IS SO ORDERED.

Signed: August 27, 2015

_____
Frank D. Whitney
Chief United States District Judge