## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

**UNITED STATES OF AMERICA,**

                                    **DOCKET NO.  3:11CR408**

      **V.**                                              **ORDER**

**CHRISTOPHER HAMMOND**

---

    This MATTER is before the Court on Defendant's Pending Motion,  (Doc. No.267) . Motion for Reconsideration of Amendment 782.

    A straightforward application of Amendment 782 makes it clear that this defendant is not entitled to a reduction under that guideline amendment. The Court denied the defendant's Sentence Reduction re USSC Amendment 782 on January 27, 2026.

    IT IS ORDERED, that Defendant's Motion (Doc. No. 267) is **DENIED.**


        Signed: January 6, 2022


        Frank D. Whitney
        United States District Judge