# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

**UNITED STATES OF AMERICA,**

                                            **DOCKET NO. 3:11CR408**

    **V.**                                                 **AMEND ORDER**

**CHRISTOPHER HAMMOND**

---

   This MATTER is before the Court on Defendant's Pending Motion, (Doc. No.267). Motion for Reconsideration of Amendment 782. Amend Order 295 to read as follows:

   A straightforward application of Amendment 782 makes it clear that this defendant is not entitled to a reduction under that guideline amendment. The Court denied the defendant's Sentence Reduction re USSC Amendment 782 on September 21, 2015

   IT IS ORDERED, that Defendant's Motion (Doc. No. 267) is **DENIED.**

                                  Signed: January 19, 2022

                                  Frank D. Whitney
                                  United States District Judge